IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NATIONAL BUILDERS INSURANCE COMPANY, <br><br> Plaintiff, <br><br> V. <br><br> CHESMAR HOMES, LLC f/k/a CHESMAR HOMES CT, LTD.; THE VILLAS AT TIMBERWOOD HOMEOWNERS ASSOCIATION; FIRST MERCURY INSURANCE COMPANY; AND AMTRUST INTERNATIONAL UNDERWRITERS LIMITED, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 5:22-cv-1151-DAE |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO MEDIATE

The Court, having considered Plaintiff National Builders Insurance Company and Defendants Chesmar Homes, LLC, The Villas at Timberwood Homeowners Association, First Mercury Insurance Company and AmTrust International Limited's Joint Motion to Extend the Deadline to Mediate, is of the opinion that the Motion should be GRANTED.

It is, therefore, ORDERED that the parties must mediate on or before August 10, 2023 and file a report in accordance with Rule 88 after the mediation is completed.

So ordered on May 3, 2023.
San Antonio, Texas

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE